# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN RILEY, | |
| Plaintiff, | NO. 3:12-CV-02470 |
| v. | (JUDGE CAPUTO) |
| DAVID GRAINEY, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 24th day of September, 2015, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 58) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 58) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss (Doc. 41) is **GRANTED**.

(3) Plaintiff's Motion for Leave to Obtain Discovery Material (Doc. 57) is **DENIED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge